UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.M., individually and on behalf of R.R., a child with a disability,

        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2022
```

21 Civ. 11175 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter dated June 27, 2022. ECF No. 17. On April 20, 2022, Court ordered to submit pre-motion letters in accordance with Rule III of the Court's Individual Practices in Civil Cases by June 27, 2022. ECF No. 16. The parties have failed to submit letters setting forth the basis for their anticipated motions for summary judgment by the deadline of June 27, 2022. *Id.* Accordingly, by **July 5, 2022**, the parties shall file any pre-motion letters in compliance with the Rule III of the Court's Individual Practices in Civil Cases.

    The Clerk of Court is directed to terminate the motion at ECF No. 17.

    SO ORDERED.

Dated: June 29, 2022
       New York, New York

                                                          ANALISA TORRES
                                                  United States District Judge