**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
L.M., individually and on behalf of R.R., a
child with a disability,

                      Plaintiff,

      -against-                                      21 **CIVIL** 11175 (AT)(BCM)

                                                                    **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                      Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 14, 2023, Defendant's objections to the R&R are OVERRULED, the R&R's conclusions are ADOPTED, and Plaintiff's motion for summary judgment is GRANTED in part and DENIED in part. Judgment is entered in favor of Plaintiff in the amount of $52,933.34, consisting of $44,891.50 for attorney's fees incurred in the underlying administrative proceeding, $7,388.01 for attorney's fees incurred in this action, and $653.83 in costs; accordingly, the case is closed.

**Dated:**  New York, New York

       March 15, 2023

                                                                    **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                       **BY:**      *K. Mango*

                                                                        **Deputy Clerk**